IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ARNOLD RAY REED, ID # 1205652, )
      Plaintiff, )
vs. ) No. 3:07-CV-1418-D
       )
FROST BANK, et al., )
      Defendants. )

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted as follows.

The court denies plaintiff's motion to proceed *in forma pauperis*. No later than October 26, 2007 plaintiff must pay the $350.00 filing fee. If he fails to do so, the court will dismiss this action as barred by 28 U.S.C. § 1915(g), without further prior notice to plaintiff.

**SO ORDERED**.

October 2, 2007.

                                                               SIDNEY A. FITZWATER
                                                               UNITED STATES DISTRICT JUDGE